1418

## MOTION DOCKET

**93–7.** State v. Williams. *Butler County,* Nos. CA91–04–060 and CA92–06–110. On motion to show cause. Appellant is given thirty days to file his brief or this appeal may be dismissed.
PFEIFER, J., dissents and would dismiss the appeal.

**93–2515.** NCR Corp. v. United States Mineral Products Co. *Montgomery County,* No. 13931. On motion to dismiss. Motion denied.
On motion for stay. Motion denied.
MOYER, C.J., and RESNICK, J., dissent.
On motion for leave to file *nunc pro tunc.* Motion granted.

**94–252.** State ex rel. Flora v. Gaughan. In Mandamus. *Sua sponte,* alternative writ granted.

**94–288.** Campbell v. Rockynol Retirement Community. *Summit County,* No. 16286. On motion for stay. Motion granted.
DOUGLAS, J., dissents and would hold this cause for decision in 92–2549, *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.,* Hamilton County, No. C–910545, and 94–74 and 94–75, *Hinderegger v. Dairy & Nutrition Council,* Stark County, No. CA–9297.

**94–516.** State ex rel. Howard v. Ferreri. *Cuyahoga County,* No. 66559. On motion for stay. Motion denied.

**94–617.** State ex rel. Greenwood Chevrolet, Inc. v. Court of Common Pleas of Franklin Cty., Ohio. *Franklin County,* No. 93APD12–1654. On motion for stay. Motion denied.
RESNICK, J., dissents.